## VICTOR CUBANO *v.* COMMISSIONER OF CORRECTION
## (AC 17040)

Schaller, Hennessy and Dupont, Js.

Argued April 28—officially released May 19, 1998

Per Curiam. The appeal is dismissed.

## STATE OF CONNECTICUT *v.* ISSAC COUNCIL
## (AC 17281)

Foti, Lavery and Sullivan, Js.

Argued April 29—officially released May 19, 1998

Per Curiam. The judgment is affirmed.

## RICHARD B. CRAFTS *v.* COMMISSIONER OF CORRECTION
## (AC 16969)

O'Connell, C. J., and Hennessy and Daly, Js.

Argued May 4—officially released May 19, 1998

Per Curiam. The judgment is affirmed.